| *Attorney or Party without Attorney:*<br>Jae K. Kim, Esq., Bar #236805<br>Lynch Carpenter LLP<br>117 East Colorado Blvd. Suite 600<br>Pasadena, CA 91105<br>*Telephone No:* 626-550-1250 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff(s) | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Northern District Of California | | | | |
| *Plaintiff(s):* Jane Doe, et al | | | | |
| *Defendant:* Hey Favor, Inc., et al | | | | |
| **PROOF OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>23CV00059LB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Consenting To The Jurisdiction Of A Magistrate Judge Booklet; Ecf Registration Information; Procedures For Telephone Appearances For Magistrate Judge Laurel Beeler; Standing Order For Judge Laurel Beeler; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Standing Order For All Judges Of The Northern Distrct Of California; Notice Of Electronic Filing - Case Assignment

3. a. *Party served:*           Hey Favor, Inc.
   b. *Person served:*         Koy Saechao, Service of Process Intake Clerk, Asian, Female, Age 45, Black Hair, Brown Eyes, 5'5, 150lbs.

4. *Address where the party was served:*    Corporation Service Company
                                             2710 Gateway Oaks Dr. # 150N
                                             Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jan. 09, 2023 (2) at: 2:35PM

7. **Person Who Served Papers:**                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason                          d. *The Fee for Service was:*
   b. **Class Action Research & Litigation**   e. I am: (3) registered California process server
      P O Box 740                                  *(i)* Independent Contractor
      Penryn, CA  95663                            *(ii) Registration No.:*   03-007
   c. (916) 663-2562, FAX (916) 663-4955           *(iii) County:*            Placer

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: **Mon, Jan. 09, 2023**

                                                                                *(signature)*
                                                                                (Robert J. Mason)

Judicial Council Form                     PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    Summons and Complaint                                    jaekim.242778