1  Anthony J Weibell, State Bar No. 238850
   Thomas R. Wakefield, State Bar No. 330121
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: aweibell@wsgr.com; twakefield@wsgr.com

6  Victor Jih, SBN 186515
   Samantha A. Machock, SBN 298852
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1900 Avenue of The Stars, 28th Floor
   Los Angeles, CA 90067
9  Telephone: (424) 446-6900
   Facsimile:  (866) 974-7329
10 Email: vjih@wsgr.com; smachock@wsgr.com

11 *Attorneys for Defendants*
   TIKTOK INC. and BYTEDANCE INC.
12

13                 UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  JANE DOE, | Case No. 3:23-cv-00059-MMC |
| 17          Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| 18          v. | |
| 19  HEY FAVOR, INC., FULLSTORY, INC., METLA PLATFORMS, INC., TIKTOK, INC., | |
| 20  and BYTEDANCE INC., | |
| 21          Defendants. | |

23       Pursuant to Civil Local Rule 6-1(a), Plaintiff and defendants Hey Favor, Inc., FullStory

24 Inc., Meta Platforms, Inc., TikTok Inc., and ByteDance Inc. (collectively, "Defendants"), by and

25 through their respective counsel of record, hereby stipulate that the time for Defendants to answer

26 or otherwise respond to the Complaint served by Plaintiff on January 9, 2023 shall be extended to

27 March 16, 2023.

28

| | | |
|---|---|---|
| 1 | Dated: January 27, 2023 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: ___/s/ Anthony J Weibell___<br>Anthony J Weibell, State Bar No. 238850<br>Thomas R. Wakefield, State Bar No. 330121 |
| 4 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 5 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 6 | | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 7 | | Email: aweibell@wsgr.com; twakefield@wsgr.com |
| 8 | | Victor Jih, SBN 186515<br>Samantha A. Machock, SBN 298852 |
| 9 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 10 | | 1900 Avenue of The Stars, 28th Floor<br>Los Angeles, CA 90067 |
| 11 | | Telephone: (424) 446-6900<br>Facsimile: (866) 974-7329 |
| 12 | | Email: vjih@wsgr.com; smachock@wsgr.com |
| 13 | | Attorneys for Defendants<br>TIKTOK INC. and BYTEDANCE INC. |
| 14 | | |
| 15 | Dated: January 27, 2023 | MORRISON & FOERSTER LLP |
| 16 | | By: ___/s/ Tiffany Cheung___<br>TIFFANY CHEUNG (CA SBN 211497) |
| 17 | | TCheung@mofo.com<br>ANISSA CHITOUR (CA SBN 341926) |
| 18 | | AChitour@mofo.com<br>MORRISON & FOERSTER LLP |
| 19 | | 425 Market Street<br>San Francisco, California 94105 |
| 20 | | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 21 | | |
| 22 | | Attorneys for Defendant<br>HEY FAVOR, INC. |
| 23 | | |
| 24 | Dated: January 27, 2023 | COVINGTON & BURLING LLP |
| 25 | | By: ___/s/ Emily Johnson Henn___ |
| 26 | | EMILY JOHNSON HENN (SBN 269482)<br>ehenn@cov.com |
| 27 | | COVINGTON & BURLING LLP<br>3000 El Camino Real |
| 28 | | 5 Palo Alto Square, 10th Floor |

STIPULATION TO EXTEND TIME  
CASE NO. 3:23-CV-00059-MMC

-2-

|   |   |
|---|---|
| | Palo Alto, CA 94306-2112 |
| | Telephone: + 1 (650) 632-4700 |
| | Facsimile: + 1 (650) 632-4800 |
| | |
| | CORTLIN H. LANNIN (SBN 266488) |
| | clannin@cov.com |
| | MATTHEW Q. VERDIN (SBN 306713) |
| | mverdin@cov.com |
| | COVINGTON & BURLING LLP |
| | Salesforce Tower |
| | 415 Mission Street, Suite 5400 |
| | San Francisco, CA 94105-2533 |
| | Telephone: + 1 (415) 591-6000 |
| | Facsimile: + 1 (415) 591-6091 |
| | |
| | Attorneys for Defendant |
| | FULLSTORY, INC. |
| Dated:  January 27, 2023 | GIBSON, DUNN & CRUTCHER LLP |
| | By:   /s/ Lauren R. Goldman |
| | LAUREN R. GOLDMAN (*pro hac vice pending*) |
| | lgoldman@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 351-4000 |
| | Facsimile: (212) 351-4035 |
| | |
| | ELIZABETH K. MCCLOSKEY (SBN 268184) |
| | emccloskey@gibsondunn.com |
| | ABIGAIL A. BARRERA (SBN 301746) |
| | abarrera@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| | |
| | COOLEY LLP |
| | MICHAEL G. RHODES (SBN 116127) |
| | rhodesmg@cooley.com |
| | KYLE C. WONG (SBN 224021) |
| | kwong@cooley.com |
| | CAROLINE A. LEBEL (SBN 340067) |
| | clebel@cooley.com |
| | COOLEY LLP |

|   |   |
|---|---|
| 1 | 3 Embarcadero Center, 20th Floor |
| 2 | San Francisco, CA 94111-4004 |
|   | Telephone: (415) 693-2000 |
| 3 | Facsimile: (415) 693-2222 |
| 4 | Attorneys for Defendant |
|   | META PLATFORMS, INC. |

Dated:  January 27, 2023              LYNCH CARPENTER, LLP

By:   /s/ Eddie Jae K. Kim
(Eddie) Jae K. Kim (CA Bar No. 236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel.: (626) 550-1250
ekim@lcllp.com

LYNCH CARPENTER, LLP
Gary F. Lynch (*pro hac vice* forthcoming)
Jamisen A. Etzel (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice* forthcoming)
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel.: (412) 322-9243
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

LOWEY DANNENBERG, P.C.
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
Rachel Kesten (*pro hac vice*)
Christopher Devivo (*pro hac vice* forthcoming)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
cdevivo@lowey.com

Attorneys for Plaintiff
JANE DOE

**ECF ATTESTATION**

I, Anthony J Weibell, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

Dated: January 27, 2023                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           By:  /s/ Anthony J Weibell