```
1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  ANISSA CHITOUR (CA SBN 341926)
   AChitour@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   HEY FAVOR, INC.
7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEY FAVOR, INC., FULLSTORY, INC., META PLATFORMS, INC., TIKTOK, INC., and BYTEDANCE INC.,<br><br>Defendants. | Case No.   3:23-cv-00059-WHO<br><br>**DEFENDANT HEY FAVOR, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. William H. Orrick<br><br>Date Action Filed: January 5, 2023<br>Trial Date: N/A |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hey Favor, Inc., by and through its undersigned counsel of record, certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:  February 1, 2023                    MORRISON & FOERSTER LLP


By:     */s/ Tiffany Cheung*
        Tiffany Cheung

**Attorneys for Defendant
HEY FAVOR, INC.**