TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ANISSA CHITOUR (CA SBN 341926)
AChitour@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM HUNT (*pro hac vice*)
AdamHunt@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
HEY FAVOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>HEY FAVOR, INC., FULLSTORY, INC., META PLATFORMS, INC., TIKTOK, INC., and BYTEDANCE INC.,<br><br>    Defendants. | Case No. 3:23-cv-00059-WHO<br><br>**STIPULATION AND ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT, (2) SETTING BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS, AND (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Civil Local Rules 6-1(a)-(b) and 7-12, Plaintiff and Defendants Hey Favor,
2  Inc., FullStory, Inc., Meta Platforms, Inc., TikTok Inc., and ByteDance Inc. (collectively,
3  "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:
4    WHEREAS, Plaintiff filed her Complaint on January 5, 2023, and Defendants were
5  served on January 9, 2023;
6    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants'
7  original deadline to respond to the Complaint was January 30, 2023;
8    WHEREAS, on January 27, 2023, the parties stipulated pursuant to Civil Local Rule 6-
9  1(a) to extend the deadline to respond to the complaint to March 16, 2023 (ECF No. 26);
10    WHEREAS, on January 27, 2023, the Court scheduled an initial case management
11  conference for April 4, 2023 (ECF No. 29);
12    WHEREAS, each Defendant currently intends to file a motion to dismiss, and counsel
13  for the parties met and conferred by email on February 22 and February 24, 2023 regarding a
14  briefing schedule for those anticipated motions to dismiss, taking into account the complexities
15  of the issues in this action;
16    WHEREAS, the parties agree that extending the deadline for Defendants to file their
17  anticipated motions to dismiss or otherwise respond to the Complaint and setting the briefing
18  schedule on any motions to dismiss will facilitate the efficient resolution of any dispute and
19  conserve judicial resources;
20    WHEREAS, the parties agree that good cause exists for a continuance of the Case
21  Management Conference to allow the parties to brief the anticipated motions to dismiss the
22  Complaint, which may impact the scope of the issues to be discussed at the Case Management
23  Conference and would conserve the parties' and the Court's resources;
24    NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of
25  the Court that:
26    1.   Each Defendant shall file its motion to dismiss or otherwise respond to the
27  Complaint on or before March 30, 2023;
28    2.   Plaintiff shall file her oppositions to Defendants' motions to dismiss on or before

1  May 30, 2023;

2      3.    Each Defendant shall file its reply in support of its motion to dismiss on or before

3  June 29, 2023.

4      4.    The initial Case Management Conference currently scheduled for April 4, 2023

5  shall be continued to a date after the Court's ruling on the anticipated motions to dismiss.

|  |  |
|---|---|
| Dated:  March 7, 2023 | MORRISON & FOERSTER LLP<br><br>By:   */s/ Tiffany Cheung*<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>ANISSA CHITOUR (CA SBN 341926)<br>AChitour@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>ADAM HUNT (*pro hac vice*)<br>AdamHunt@mofo.com<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: 212.468.8000<br>Facsimile: 212.468.7900<br><br>Attorneys for Defendant<br>HEY FAVOR, INC. |
| Dated:  March 7, 2023 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:   */s/ Anthony J. Weibell*<br>Anthony J. Weibell, State Bar No. 238850<br>Thomas R. Wakefield, State Bar No. 330121<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: aweibell@wsgr.com; twakefield@wsgr.com<br><br>Victor Jih, SBN 186515<br>Samantha A. Machock, SBN 298852<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1900 Avenue of The Stars, 28th Floor |

|   |   |
|---|---|
| 1 | Los Angeles, CA 90067 |
| 2 | Telephone: (424) 446-6900 |
|   | Facsimile: (866) 974-7329 |
| 3 | Email: vjih@wsgr.com; smachock@wsgr.com |
| 4 | Attorneys for Defendants |
|   | TIKTOK INC. and BYTEDANCE INC. |

Dated:  March 7, 2023

COVINGTON & BURLING LLP

By:   /s/ *Emily Johnson Henn*
EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

CORTLIN H. LANNIN (SBN 266488)
clannin@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

Attorneys for Defendant
FULLSTORY, INC.

Dated:  March 7, 2023

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Lauren R. Goldman*
 LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA 94105 |
| 3 | Telephone: (415) 393-8200 |
|   | Facsimile: (415) 393-8306 |
| 4 | |
|   | ANDREW M. KASABIAN, SBN 313210 |
| 5 | 333 South Grand Avenue |
|   | Los Angeles, CA 90071 USA |
| 6 | Telephone: (213) 229-7311 |
|   | Facsimile: (213) 229-6311 |
| 7 | akasabian@gibsondunn.com |
| 8 | COOLEY LLP |
| 9 | By:  /s/ Michael G. Rhodes |
|   | MICHAEL G. RHODES, SBN 116127 |
| 10 | rhodesmg@cooley.com |
|   | KYLE C. WONG, SBN 224021 |
| 11 | kwong@cooley.com |
|   | CAROLINE A. LEBEL, SBN 340067 |
| 12 | clebel@cooley.com |
|   | COOLEY LLP |
| 13 | 3 Embarcadero Center, 20th Floor |
|   | San Francisco, CA 94111-4004 |
| 14 | Telephone: (415) 693-2000 |
|   | Facsimile: (415) 693-2222 |
| 15 | Attorneys for Defendant |
|   | META PLATFORMS, INC. |
| 16 | |
| 17 | LYNCH CARPENTER, LLP |
|   | Dated: March 7, 2023 |
| 18 | By:  /s/ Eddie Jae K. Kim |
|   | (Eddie) Jae K. Kim (CA Bar No. 236805) |
| 19 | 117 East Colorado Blvd., Suite 600 |
| 20 | Pasadena, CA 91105 |
|   | Tel.: (626) 550-1250 |
| 21 | ekim@lcllp.com |
| 22 | LYNCH CARPENTER, LLP |
|   | Gary F. Lynch (*pro hac vice* forthcoming) |
| 23 | Jamisen A. Etzel (*pro hac vice* forthcoming) |
| 24 | Nicholas A. Colella (*pro hac vice* forthcoming) |
|   | 1133 Penn Ave., 5th Floor |
| 25 | Pittsburgh, PA 15222 |
|   | Tel.: (412) 322-9243 |
| 26 | gary@lcllp.com |
|   | jamisen@lcllp.com |
| 27 | nickc@lcllp.com |
| 28 | |
|   | LOWEY DANNENBERG, P.C. |

| | |
|---|---|
| 1 | Christian Levis (*pro hac vice*) |
| 2 | Amanda Fiorilla (*pro hac vice*) |
|   | Rachel Kesten (*pro hac vice*) |
| 3 | Christopher Devivo (*pro hac vice* forthcoming) |
|   | 44 South Broadway, Suite 1100 |
| 4 | White Plains, NY 10601 |
|   | Tel.: (914) 997-0500 |
| 5 | Fax: (914) 997-0035 |
| 6 | clevis@lowey.com |
|   | afiorilla@lowey.com |
| 7 | rkesten@lowey.com |
|   | cdevivo@lowey.com |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | JANE DOE |

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT, (2) SETTING BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS, AND (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE.  Pursuant to L.R. 5-1(h)(3) regarding signatures, I, Tiffany Cheung, attest that concurrence in the filing of this document has been obtained.

Dated:  March 7, 2023                                          MORRISON & FOERSTER LLP

                                                                              By:  */s/ Tiffany Cheung*
                                                                                      Tiffany Cheung

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Each Defendant shall file its motion to dismiss or otherwise respond to the Complaint on or before March 30, 2023;

2. Plaintiff shall file her oppositions to Defendants' motions to dismiss on or before May 30, 2023;

3. Each Defendant shall file its reply brief in support of its motion to dismiss on or before June 29, 2023;

4. The initial Case Management Conference currently scheduled for April 4, 2023 is VACATED. After this Court rules on Defendants' motions to dismiss, the Court will enter an order setting a date for the initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 8, 2023

_____
Honorable William H. Orrick
United States District Judge

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ANISSA CHITOUR (CA SBN 341926)
AChitour@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM HUNT (*pro hac vice*)
AdamHunt@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
HEY FAVOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>HEY FAVOR, INC., FULLSTORY, INC., META PLATFORMS, INC., TIKTOK, INC., and BYTEDANCE INC.,<br><br>Defendants. | Case No. 3:23-cv-00059-WHO<br><br>**DECLARATION OF TIFFANY CHEUNG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER (1) EXTENDING TIME TO RESPOND TO COMPLAINT, (2) SETTING BRIEFING SCHEDULE ON DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS, AND (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

I, Tiffany Cheung, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendant Hey Favor, Inc. in this action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. Plaintiff filed her Complaint on January 5, 2023.

3. On January 27, 2023, the parties stipulated pursuant to Civil Local Rule 6-1(a) to extend the deadline to respond to the complaint to March 16, 2023 (ECF No. 26).

4. On January 27, 2023, the Court issued a Case Management Order, setting the initial Case Management Conference for April 4, 2023 at 2:00 PM (ECF No. 29).

5. Counsel for the parties have met and conferred regarding a briefing schedule for Defendants' anticipated motions to dismiss and the timing of the Case Management Conference.

6. Counsel for the parties have agreed that it would be appropriate to continue the April 4, 2023 Case Management Conference until after the resolution of Defendants' anticipated motions to dismiss to conserve the parties' and the Court's resources.

7. The parties have not previously requested any change to the date of the Case Management Conference or any other deadlines set by the Court. It is anticipated that this request will not significantly impact the schedule of this action.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 7th day of March, 2023 in Oakland, California.

　　　　　　　　　　　　　　　　　　　　/s/ Tiffany Cheung
　　　　　　　　　　　　　　　　　　　　Tiffany Cheung