GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94105
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAMERON J. CLARK (SBN 313039)
cclark@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and JANE DOE II, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FULLSTORY, INC., META PLATFORMS, INC., TIKTOK, INC., and BYTEDANCE INC.,<br><br>Defendants. | Case No. 3:23-cv-00059-WHO (VKD)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: June 12, 2024<br>Time: 2:00 p.m.<br>Courtroom: Videoconference<br><br>**JUDGE: HON. WILLIAM H. ORRICK** |

Jane Doe and Jane Doe II ("Plaintiffs") and Defendants FullStory, Inc. ("FullStory"), Meta Platforms, Inc. ("Meta"), TikTok, Inc., and ByteDance Inc. (together with TikTok, Inc., "TikTok") in the above captioned action, by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference scheduled in the above-captioned case for June 12, 2024 at 2:00 P.M. via videoconference before the Honorable William H. Orrick, in Courtroom 2, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102.

On April 30, 2024, the parties submitted their Rule 26(f) Report and Joint Case Management Statement.  ECF No. 144.  On May 2, 2024, the Case Management Conference and Motion Hearing was reset to June 5, 2024.  ECF No. 145.  On May 28, 2024, the Case Management Conference and Motion Hearing was reset to June 12, 2024.  ECF  No. 151.

In advance of the June 12, 2024 Case Management Conference and in accordance with the Clerk's Notice directing the parties to submit a Case Management Statement by June 5, 2024 (ECF No. 151), the parties direct the Court to the previously-filed Rule 26(f) Report and Joint Case Management Statement.  ECF No. 144.

Dated: June 5, 2024                                    **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
    Lauren R. Goldman

LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

| | |
|---|---|
| Dated: June 5, 2024 | **COOLEY LLP** |
| | By: */s/ Michael G. Rhodes* |
| | Michael G. Rhodes |
| | |
| | MICHAEL G. RHODES, SBN 116127 |
| | rhodesmg@cooley.com |
| | KYLE C. WONG, SBN 224021 |
| | kwong@cooley.com |
| | CAROLINE A. LEBEL, SBN 340067 |
| | clebel@cooley.com |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111-4004 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| | |
| | *Attorneys for Defendant Meta Platforms, Inc.* |
| | |
| Dated: June 5, 2024 | **LOWEY DANNENBERG, P.C.** |
| | |
| | By: */s/ Christian Levis* |
| | Christian Levis (admitted *pro hac vice*) |
| | Amanda Fiorilla (admitted *pro hac vice*) |
| | Rachel Kesten (admitted *pro hac vice*) |
| | Yuanchen Lu (*pro hac vice* forthcoming) |
| | 44 South Broadway, Suite 1100 |
| | White Plains, NY 10601 |
| | Tel.: (914) 997-0500 |
| | Fax: (914) 997-0035 |
| | clevis@lowey.com |
| | afiorilla@lowey.com |
| | rkesten@lowey.com |
| | ylu@lowey.com |
| | |
| | **LYNCH CARPENTER, LLP** |
| | (Eddie) Jae K. Kim (CA Bar No. 236805) |
| | 117 East Colorado Blvd., Suite 600 |
| | Pasadena, CA 91105 |
| | Tel.: (626) 550-1250 |
| | ekim@lcllp.com |
| | |
| | LYNCH CARPENTER, LLP |
| | Gary F. Lynch (admitted *pro hac vice*) |
| | Jamisen A. Etzel (admitted *pro hac vice*) |
| | Nicholas A. Colella (admitted *pro hac vice*) |
| | 1133 Penn Ave., 5th Floor |
| | Pittsburgh, PA 15222 |
| | Tel.: (412) 322-9243 |
| | gary@lcllp.com |
| | jamisen@lcllp.com |
| | nickc@lcllp.com |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |

Dated: June 5, 2024  **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Thomas R. Wakefield*

Victor Jih, SBN 186515
Kelly H. Yin, SBN 328380
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Email: vjih@wsgr.com; kyin@wsgr.com

Luis Li, SBN 156081
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Palo Alto, CA 94306
Los Angeles, CA 90071
Telephone: (323) 210-2900
Email: luis.li@wsgr.com

Dylan Grace Savage, SBN 310452
Thomas R. Wakefield, SBN 330121
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
Email: dsavage@wsgr.com; twakefield@wsgr.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

Dated: June 5, 2024

**COVINGTON & BURLING LLP**

By: */s/ Matthew Q. Verdin*

EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

CORTLIN H. LANNIN (SBN 266488)
clannin@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant FullStory, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 5, 2024   **Gibson, Dunn & Crutcher LLP**

By: */s/ Lauren R. Goldman*