(Eddie) Jae K. Kim (CA Bar No. 236805)
**LYNCH CARPENTER, LLP**
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel.: (626) 550-1250
ekim@lcllp.com

Gary F. Lynch (admitted pro hac vice)
Jamisen A. Etzel (admitted pro hac vice)
Nicholas A. Colella (admitted pro hac vice)
**LYNCH CARPENTER, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel.: (412) 322-9243
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

Christian Levis (admitted pro hac vice)
Amanda Fiorilla (admitted pro hac vice)
Rachel Kesten (admitted pro hac vice)
Yuanchen Lu (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE II, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FULLSTORY, INC., META PLATFORMS, INC., TIKTOK, INC., AND BYTEDANCE INC.,<br><br>Defendants. | Case No. 3:23-cv-00059-WHO (VKD)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CASE SCHEDULE**<br><br>Judge: Honorable William H. Orrick |

Plaintiff Jane Doe II ("Plaintiff") and Defendants FullStory, Inc. ("FullStory"), Meta Platforms, Inc. ("Meta"), TikTok Inc., and ByteDance Inc. (together with TikTok Inc., "TikTok") ("collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 18, 2024, the Court entered a case schedule for this matter (ECF 161);

WHEREAS, the Parties are still negotiating the scope of the parties' discovery responses and document productions, including the production of structured data;

WHEREAS, the Parties are still in the process of producing documents;

WHEREAS, the Parties have conferred and determined they will require an approximate six-month extension of time to complete discovery in this case due to the scope of the case and the technical complexity of this matter;

WHEREAS, the Parties have conferred and agreed to the following proposed modified schedule, subject to Court approval;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel, subject to the Court's approval, that the following deadlines shall be effective in this case:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Deadline for Substantial Completion Class and Fact Discovery | June 6, 2025 | December 8, 2025 |
| Expert Disclosures | August 1, 2025 | February 2, 2026 |
| Rebuttal Expert Disclosures | September 5, 2025 | March 5, 2026 |
| Completion of Expert Discovery | October 10, 2025 | April 10, 2026 |
| Deadline for Class Certification Motion | November 14, 2025 | May 14, 2026 |
| Last Day to Amend Pleadings | November 14, 2025 | May 14, 2026 |
| Class Certification Opposition | December 22, 2025 | June 22, 2026 |
| Class Certification Reply | January 12, 2026 | July 13, 2026 |
| Hearing on Class Certification | February 11, 2026 | August 11, 2026 |
| Supplemental Reports Regarding Merits – Expert Disclosure | May 1, 2026 | November 2, 2026 |
| Supplemental Reports Regarding Merits – Expert Rebuttal | June 1, 2026 | December 9, 2026 |
| Expert discovery cutoff | July 1, 2026 | January 15, 2027 |

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Dispositive/Daubert Motions to be heard | November 4, 2026 (motion 8/12/26; response 9/16/26; reply 10/15/26) | May 17, 2027 (motion 2/18/2027; response 3/25/2027; reply 04/23/2027) |
| Pretrial Conference | January 11, 2027 at 2:00 p.m. | July 26, 2027 at 2:00 p.m. |
| Trial | February 8, 2027 at 8:30 a.m. by Jury | August 23, 2027 at 8:30 a.m. by Jury |

Dated: May 16, 2025           **LOWEY DANNENBERG, P.C.**

By: /s/ *Christian Levis*
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
Yuanchen Lu (*pro hac vice* forthcoming)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (CA Bar No. 236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel.: (626) 550-1250
ekim@lcllp.com

LYNCH CARPENTER, LLP
Gary F. Lynch (admitted *pro hac vice*)
Jamisen A. Etzel (admitted *pro hac vice*)
Nicholas A. Colella (admitted *pro hac vice*)
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel.: (412) 322-9243
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

Dated: May 16, 2025           **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Darcy Harris*
Darcy C. Harris

LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE SCHEDULE
CASE NO. 3:23-CV-00059-WHO (VKD)

|   |   |
|---|---|
|   | 200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Attorneys for Defendant Meta Platforms, Inc.* |
| Dated: May 16, 2025 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br><br>By: */s/ Thomas Wakefield*<br><br>Victor Jih, SBN 186515<br>Kelly H. Yin, SBN 328380<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1900 Avenue of The Stars, 28th Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 446-6900<br>Email: vjih@wsgr.com; kyin@wsgr.com<br><br>Luis Li, SBN 156081<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>633 West Fifth Street, Suite 1550<br>Palo Alto, CA 94306<br>Los Angeles, CA 90071<br>Telephone: (323) 210-2900<br>Email: luis.li@wsgr.com<br><br>Dylan Grace Savage, SBN 310452<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas.<br>40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (866) 974.7329<br>Email: dsavage@wsgr.com<br><br>Thomas R. Wakefield, SBN 330121 |

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
Email: twakefield@wsgr.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

Dated: May 16, 2025                **COVINGTON & BURLING LLP**

By: /s/ *Matthew Verdin*

EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

CORTLIN H. LANNIN (SBN 266488)
clannin@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant FullStory, Inc*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 16, 2025                             By: */s/ Lauren Goldman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 2, 2025

_____
Hon. Judge William H. Orrick
United States District Court Judge